IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LINDA SUGGS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) NO. 09-998-JPG-DGW |
| | ) |
| CITY OF CENTRALIA and | ) |
| G. DODSON, | ) |
| | ) |
| Defendants. | ) |

# JUDGMENT IN A CIVIL CASE

The Court having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

DATED:  May 13, 2010

                                      NANCY J. ROSENSTENGEL, Clerk of Court


                                      By:s/Deborah Agans, Deputy Clerk


APPROVED:     *s/J. Phil Gilbert*
                    J. PHIL GILBERT
                    U. S. DISTRICT JUDGE